# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY PENA,<br><br>        Petitioner,<br><br>    v.<br><br>G.D. LEWIS, Warden,<br><br>        Respondent. | Case No. CV 12-8653-JSL (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 5/20/13

*/s/ Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE